IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

BRUNSWICK DIVISION

| | |
|---|---|
| JOHN W. ODUM, | : |
| Plaintiff, | : |
| vs. | : CASE NO. CV204-190 |
| RAYONIER, INC., STEVE WORTHINGTON, JOHN ENLOW, DON RAY, AND JOHN DOE, | : |
| Defendants. | : |

## COMPLAINT

NOW COMES PLAINTIFF and files this his complaint against the Defendants as follows:

### COUNT I

1.

This is a civil action for monetary damages against the defendants, Rayonier, Inc., and Steve Worthington, John Enlow, Don Ray, and John Doe, individually. This action arises under the First and Fourteenth Amendments to the United States Constitution and 42 U.S.C. Section 1985(2). Jurisdiction of this matter is in this Court, pursuant to 28 U.S.C. Sections 1331 and 1343.

2.

Plaintiff is a citizen of the United States and was at all times mentioned herein an employee of defendant, Rayonier, Inc., and a resident of the State of Georgia, presently residing in McIntosh County, Georgia.

3.

Defendant, Rayonier Inc., is a foreign corporation, doing business in the State of Georgia.

Its registered agent for service of process is C. T. Corporation System, whose address is 1201 Peachtree Street, N.E., Atlanta, Georgia 30361.

4.

Defendant Steve Worthington is and was at all times herein an employee of defendant, Rayonier, Inc., and a resident of Appling County, Georgia, and may be served at 1830 Golden Isles East, Baxley, Georgia 31513.

5.

Defendant John Enlow is and was at all times herein an employee of defendant, Rayonier, Inc., and a resident of the State of Georgia, and may be served at 1830 Golden Isles East, Baxley, Georgia 31513.

6.

Defendant Don Ray is and was at all times herein an employee of defendant, Rayonier, Inc., and a resident of the State of Georgia and may be served at 297 North 8796 Highway, Swainsboro, Georgia 30401.

7.

John Doe is and was at all times herein employee(s) of defendant, Rayonier, Inc., and residents of the State of Georgia.

8.

In October 2000, defendants conspired to deter by force, intimidation or threat the Plaintiff from testifying truthfully in the case of **Grant Lewis, et al vs. Rayonier, Inc.**, Civil Action No. CV299-363 in the United States District Court for the Southern District of Georgia, Brunswick Division.

9.

Nonetheless, Plaintiff testified in said case and a verdict was entered in favor of Grant Lewis and against Rayonier, Inc. for a large sum of money.

10.

Thereafter, defendants conspired to injure Plaintiff as a result of his truthful testimony in the United States District Court and did, in fact, severely and permanently injure Plaintiff.

11.

After the aforesaid case was over, and appeals were taken and dismissed, the defendants began harassing and otherwise retaliating against Plaintiff.

12.

On December 12, 2002, defendants gave Plaintiff a false, wrongful, and otherwise false evaluation of his job performance, threatened his job, to which he had been employed for over twenty-five (25) years, and encouraged him to otherwise quit his employment with defendant, Rayonier, Inc.

13.

As a result of such actions on that date, Plaintiff had a nervous breakdown, causing him injury, which he still suffers from at the present time, and will continue to suffer in the future.

14.

As a result of defendants' actions in violation of 42 U.S.C. Section 1985(2), and the continuous torts since that time culminating in defendants' actions on December 12, 2002, Plaintiff was treated and is still being treated by his family doctor and two (2) psychiatrists for his mental injuries received as a result of defendants' wrongful intentional acts.

15.

Since December 12, 2002, Plaintiff has been unable to work and will be unable to work in the future.

16.

As a result of the acts of defendants, Plaintiff has been damaged in an amount exceeding $1,000,000.00.

17.

As a result of the intentional acts of the defendants, Plaintiff is entitled to recover punitive damages and attorneys fees.

## COUNT II

18.

Plaintiff is a citizen of the State of Georgia and was at all times herein an employee of the defendant, Rayonier, Inc. Plaintiff's residence is in McIntosh County, Georgia.

19.

Defendant, Rayonier Inc., is a non-resident corporation doing business in the State of Georgia. Its registered agent for service of process is C.T. Corporation System, whose address is 1201 Peachtree Street, N. E. Atlanta, GA 30361.

20.

Defendant, Rayonier, Inc., and Plaintiff are subject to the jurisdiction of this Court by virtue of complete diversity of citizenship by virtue of 28 U.S.C. Section 1332 and the amount in controversy exceeds $75,000.00.

21.

In October 2000, defendant, Rayonier, Inc., through its supervisors and other employees

sought to prevent Plaintiff from testifying truthfully in the case of **Grant Lewis, et al vs. Rayonier, Inc.**, in this Court in Civil Action No. CV299-363.

22.

Nonetheless, Plaintiff testified in said case and a verdict was entered in favor of Grant Lewis et al., and against Rayonier, Inc. for a large sum of money.

23.

Thereafter, defendant, Rayonier Inc., through its supervisors and employees did methodically and intentionally retaliate against the Plaintiff, as a result of Plaintiff's exercising this public and sacred duty to testify truthfully in a Court of law, which resulted in serious permanent injury to him.

24.

Such acts on the part of defendant, Rayonier, Inc., constituted a continuous tort on the Plaintiff.

25.

On December 12, 2002, defendant, Rayonier Inc., through its supervisors and employees, gave Plaintiff a wrongful and otherwise false evaluation of his job performance, threatened his job and otherwise wrongfully encouraged him to quit his job, to which he had been employed for over twenty-five (25) years.

26.

As a result of such actions on that date, Plaintiff had a nervous breakdown, causing him injury, which he still suffers from at the present time, and will continue to suffer in the future.

27.

As a proximate result of defendant, Rayonier, Inc.'s actions and continuous intentional torts perpetuated upon Plaintiff culminating in Defendant, Rayonier, Inc's acts on December 12, 2002,

Plaintiff was treated and is still being treated by his family doctor and two (2) psychiatrists for his mental injuries received as a result of defendant Rayonier, Inc's intentional tortuous acts.

28.

Since December 12, 2002, Plaintiff has been unable to work and will be unable to work in the future.

29.

As a proximate result of defendant, Rayonier, Inc's actions and continuous intentional torts perpetuated upon Plaintiff, said Plaintiff has suffered injury to his peace, happiness and feelings from which he is entitled to recover.

30.

As a proximate result of the intentional acts of defendant, Rayonier, Inc., Plaintiff has been damaged in an amount exceeding $1,000,000.00.

31.

As a result of the intentional acts of the defendant, Rayonier Inc., Plaintiff is entitled to recover from said defendant punitive damages.

WHEREFORE, Plaintiff respectfully prays:

(a)  for a judgment against the defendants in an amount exceeding $1,000,000.00;

(b)  for a judgment against the defendants for punitive damages and attorneys fees;

(c)  for a judgment against defendant, Rayonier, Inc., in an amount exceeding $1,000,000.00;

(d)  for a judgment against defendant Rayonier, Inc., for punitive damages; and

(e) for a trial by jury.

                                    JONES, OSTEEN & JONES

                                    _____

                                    G. Brinson Williams
                                    Georgia State Bar No. 761700

Post Office Box 800
Hinesville, Georgia 31310-0800
(912) 876-0888

                                    SMITH & PHELPS

                                    _____

                                    Robert B. Smith
                                    Georgia State Bar No. 662700
                                    Joseph L. Phelps, III
                                    Georgia State Bar No. 575278

Post Office Box 285
Jesup, Georgia 31598
(912) 427-4779