FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 20  P 2: 35

*L. LaVictoire*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOHN W. ODUM,

       Plaintiff,

vs.

RAYONIER, INC., STEVE
WORTHINGTON, JOHN
ENLOW, DON RAY, and
JOHN DOE,

       Defendants.

CIVIL ACTION NO. CV204-190

## ORDER

Plaintiff has filed a Motion in Limine seeking to exclude any reference or evidence regarding the criminal plea and conviction of Plaintiff's wife. Defendants have filed a response to the motion. Upon review, Plaintiff's Motion in Limine is **DENIED**, at this time.

SO ORDERED, this 20th day of October, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)