IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOHN W. ODUM,

    Plaintiff,

vs.

RAYONIER, INC., STEVE WORTHINGTON, JOHN ENLOW, DON RAY, and JOHN DOE,

    Defendants.

CIVIL ACTION NO. CV204-190

## ORDER

Defendants have filed a Motion in Limine to Exclude Evidence of Plaintiff's Projected Damages. Defendants assert that Plaintiff has not designated an expert to calculate projected and future earnings and therefore all such evidence should be excluded from the trial of this case. Plaintiff has filed a response. After consideration, Defendants' Motion to Exclude Evidence of Plaintiff's Projected Damages is **DENIED**. There is no requirement that Plaintiff engage an expert to testify as to projected damages.

**SO ORDERED**, this 17th day of January, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)