IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOHN W. ODUM,

    Plaintiff,

vs.

RAYONIER, INC., STEVE WORTHINGTON, JOHN ENLOW, DON RAY, and JOHN DOE,

    Defendants.

CIVIL ACTION NO. CV204-190

## ORDER

Defendants have filed a Motion in Limine to Exclude "Send a Message" Argument. Defendants assert that such testimony would be prejudicial to Defendants. Plaintiff has filed a response. After consideration, Defendants' Motion to Exclude "Send a Message" Argument is **DENIED**.

**SO ORDERED**, this 17th day of January, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)