FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2006 JAN 18  A 8: 47

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOHN W. ODUM,

    Plaintiff,

vs.

RAYONIER, INC., STEVE WORTHINGTON, JOHN ENLOW, DON RAY, and JOHN DOE,

    Defendants.

CIVIL ACTION NO. CV204-190

## ORDER

Defendants have filed a Motion in Limine to Exclude Evidence of Parties' Alleged Financial Condition or Disparity. Defendants assert that such testimony is irrelevant and would be prejudicial. Plaintiff has filed a response. After consideration, Defendants' Motion is **GRANTED** in part and **DENIED** in part. In the event the jury finds that punitive damages are recoverable, such evidence would be admissible to determine the amount of punitive damages. Otherwise, such evidence is not admissible.

**SO ORDERED**, this 18th day of January, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)