IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOHN W. ODUM,

    Plaintiff,

vs.

RAYONIER, INC., STEVE WORTHINGTON, JOHN ENLOW, DON RAY, and JOHN DOE,

    Defendants.

CIVIL ACTION NO. CV204-190

## ORDER

Plaintiff has filed an Objection to Defendants' Exhibit 196 asserting that it is irrelevant and unfairly prejudicial to the Plaintiff. After review, Plaintiff's Objection is **overruled** at this time. The Court can not now determine whether such evidence is relevant or whether the introduction of such evidence would be unfairly prejudicial to the Plaintiff. By overruling the Plaintiff's objection at this time, the Court does not imply that the documents identified as Defendants' Exhibit 196 are admissible. That determination will be made at trial.

**SO ORDERED**, this 16th day of February, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)