# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

JOHN W. ODUM,

      Plaintiff,

  vs.

RAYONIER, INC., STEVE
WORTHINGTON, JOHN
ENLOW, DON RAY, and
JOHN DOE,

      Defendants.

CIVIL ACTION NO. CV204-190

## O R D E R

Defendants have filed an Objection to the Magistrate Judge's Order dated January 17, 2006. That Order denied Defendants' Motion in Limine to Exclude Evidence of Plaintiff's Projected Damages. As the Magistrate Judge's Order is neither clearly erroneous nor contrary to law, Defendants' Objection is **OVERRULED**. In their Objection, Defendants assert that Plaintiff has quantified his projected damages for the first time in the Pretrial Order and that they have not had the opportunity to conduct discovery as to this quantification. Defendants are hereby granted leave to propound additional interrogatories on this issue and to re-depose Plaintiff on this issue. Any such interrogatories shall be propounded within ten (10) days of the date of this Order. Any supplemental deposition of Plaintiff shall be conducted within fifty (50) days of the date of this Order.

**SO ORDERED**, this ___17___ day of ___Feb___, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)