IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOHN W. ODUM,

    Plaintiff,

vs.

RAYONIER, INC., STEVE WORTHINGTON, JOHN ENLOW, DON RAY, and JOHN DOE,

    Defendants.

CIVIL ACTION NO. CV204-190

## ORDER

Defendants have filed an Objection to the Magistrate Judge's Order dated January 18, 2006. That Order denied, at that time, Defendants' Motion in Limine to Exclude Evidence of Deterrence. The Order did not determine that the testimony is admissible. Rather, it deferred that determination. As the Magistrate Judge's Order is neither clearly erroneous nor contrary to law, Defendants' Objection is **OVERRULED**.

**SO ORDERED**, this 17th day of Feb., 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)