**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

JOHN W. ODUM,

      Plaintiff,

     vs.

RAYONIER, INC., STEVE
WORTHINGTON, JOHN
ENLOW, DON RAY, and
JOHN DOE,

      Defendants.

                    CIVIL ACTION NO. CV204-190

## O R D E R

Defendants have filed an Objection to the Magistrate Judge's Order dated January 18, 2006. That Order denied, at that time, Defendants' Motion in Limine to Exclude Evidence of Defendant Don Ray's Alleged Comments. The Order did not determine that the testimony is admissible. Rather, it deferred that determination. As the Magistrate Judge's Order is neither clearly erroneous nor contrary to law, Defendants' Objection is **OVERRULED**.

**SO ORDERED**, this _17_ day of _____Feb._____, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)