IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOHN W. ODUM,

    Plaintiff,

vs.

RAYONIER, INC., STEVE WORTHINGTON, JOHN ENLOW, DON RAY, and JOHN DOE,

    Defendants.

CIVIL ACTION NO. CV204-190

## ORDER

Defendants have filed an Objection to the Magistrate Judge's Order dated January 18, 2006. That Order denied, at that time, Defendants' "Motion in Limine to Exclude Evidence of the Facts of the Grant Lewis Trial." Defendants' Objection is **OVERRULED**. The Magistrate Judge's Order is neither clearly erroneous nor contrary to law. Defendants may object to arguments that they deem to be improper at trial.

**SO ORDERED**, this _17_ day of _Feb_____, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA