IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOHN W. ODUM,

    Plaintiff,

vs.

RAYONIER, INC., STEVE WORTHINGTON, JOHN ENLOW, DON RAY, and JOHN DOE,

    Defendants.

CIVIL ACTION NO. CV204-190

## ORDER

Plaintiff has Objections and Supplemental Objections to Defendants' exhibits. The Court rules as follows:

1. Defendants' Exhibit 196 will be admitted only if relevancy is established at trial.

2. Defendants can use Exhibit 219 to cross examine Plaintiff's treating physician but it will not be admitted as an exhibit.

3. Defendants' Exhibit 221 can be used only for demonstrative purposes.

4. Insurance payments will be redacted from Defendants' Exhibit 223. The admissibility of Defendants' Exhibit 223 will be determined at trial.

**SO ORDERED**, this 31st day of October, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)