IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOHN W. ODUM,

    Plaintiff,

vs.

RAYONIER, INC., STEVE WORTHINGTON, JOHN ENLOW, DON RAY, and JOHN DOE,

    Defendants.

CIVIL ACTION NO. CV204-190

## ORDER

Defendants filed Objections to Plaintiff's Exhibits Nos. 103 and 104 asserting that they are irrelevant and prejudicial. These exhibits will be admitted only if relevancy is established at trial.

**SO ORDERED**, this 31st day of October, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)