AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 NOV -6  P 4: 58

CLERK _____
SO. DIST. OF GA.

JOHN W. ODUM

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV204-190

RAYONIER, INC., STEVE WORTHINGSTON,
JOHN ENLOW, and DON RAY

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the jury verdict, judgment is hereby entered in favor of the plaintiff, JOHN W. ODUM and against the defendants, RAYONIER, INC., STEVE WORTHINGTON, JOHN ENLOW, and DON RAY, the sum of SIX HUNDRED FIFTY SIX THOUSAND EIGHT HUNDRED FOURTEEN DOLLARS AND 04/100 ($656,814.04) for compensatory damages and ONE MILLION SIX HUNDRED FIFTY THOUSAND DOLLARS AND NO/100 ($1,650,000.00) for punitive damages with costs of court, said costs to be taxed by the Clerk of this Court.

Approved by: _____

November 6, 2006
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03