# United States District Court
## Southern District of Georgia
### Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 NOV -6  P 4:58

CLERK _____
SO. DIST OF GA.

JOHN W. ODUM                )
                            )
                            )
vs                          )        CASE NUMBER   CV 204-190
                            )
RAYONIER, INC., ET AL       )
                            )
                            )

### ORDER

The above captioned case having come on for jury trial the week of __October 30, 2006__ _____ and there being certain items entered into evidence during the course of said trial,

IT IS HEREBY ORDERED that the following evidence be returned to __counsel for plaintiff__, for safekeeping and for production in the Court of Appeals, if necessary, upon return of a jury verdict.

Plaintiff's exhibits numered 7-13; 20-28; 30-35; 40-45; 50-57; 60-65; 80-87; 100-144 and 120

**SO ORDERED**, this ___6___ day of ___November___, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA