# United States District Court
## *Southern District of Georgia*
### Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 NOV -6  P 4: 58

CLERK_____
SO. DIST. OF GA.

JOHN W. ODUM           )
                       )
                       )
vs                     )      CASE NUMBER   CV 204-190
                       )
RAYONIER, INC., ET AL  )
                       )
                       )

## ORDER

The above captioned case having come on for jury trial the week of __October 30, 2006__ _____ and there being certain items entered into evidence during the course of said trial,

IT IS HEREBY ORDERED that the following evidence be returned to __counsel for defendant__, for safekeeping and for production in the Court of Appeals, if necessary, upon return of a jury verdict.

Defendant's exhibits numbered 1-218; 220 and 222-223

**SO ORDERED**, this ___6th___ day of ___November___, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA