IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| JOHN W. ODUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | CV204-190 |
| RAYONIER, INC., STEVE | ) | |
| WORTHINGTON, JOHN ENLOW, AND | ) | |
| DON RAY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

U.S. DISTRICT COURT
Southern District of Georgia
Filed in Office

Sept. 30, 20 09 M.
_____
Deputy Clerk

## Notice of Settlement and Dismissal with Prejudice

Come now the parties in the above-styled matter and announce to the Court all issues, including attorney's fees, have been settled, all monies disbursed, appropriate releases executed and show this case is dismissed with prejudice.

Respectfully submitted this 30th day of September, 2009.

*/s/ Hugh B. McNatt*
Hugh B. McNatt
Georgia Bar No. 498300
Hugh Peterson III
Georgia Bar No. 574212

**MCNATT, GREENE AND PETERSON**
Post Office Drawer 1168
602 Church Street
Vidalia, Georgia 30475
Telephone: (912) 537-9343
Facsimile: (912) 537-2658

T. Joshua R. Archer
Georgia Bar No. 021208
Michelle M. Rothenberg-Williams
Georgia Bar No. 615680

**BALCH & BINGHAM LLP**
30 Allen Plaza, Suite 700
30 Ivan Allen Jr. Blvd. N.W.
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

ATTORNEYS FOR DEFENDANTS
RAYONIER, INC., STEVE
WORTHINGTON, JOHN ENLOW, AND
DON RAY

G. Brinson Williams
Georgia Bar No. 761700

**JONES, OSTEEN & JONES**
Post Office Drawer 800
Hinesville, Georgia 31310
Telephone: (912) 876-0888

Robert B. Smith
Joseph Phelps
**SMITH & PHELPS**
P.O. Box 285
Jesup, Georgia 31598
Telephone: (912)427-4779

ATTORNEYS FOR JOHN W. ODUM